# U. S. District Court
## Eastern District of Virginia
### Norfolk Division

Gren Garrett
1822 Chrswell St
NFK, VA. 504
(757) 319-6585

V.

Norfolk, General Hospital
  Gordon Stokes, MD
Norfolk Redevelopment + Housing Authority
  Director
Social Services, NFK Division
  Director
Dept. Housing Urban Development, NFK. Division
  Director

# Complaint

I am an American with disabilities

## Facts

I became a double below the knee amputee during April 2016. Surgeon Stokes assured that I would receive rehab housing. Social Services, NRDH, and HUD not rendered any assistance. I am homeless

I receive SSI payments and will surrender it for swift housing.

The relief I seek is an expedited determination and housing.

*Gren M. Garrett*   06 21 17
GREN M. GARRETT
1822 CARSWELL ST, NFK VA 504