# United States District Court

Eastern District of Virginia
Norfolk Division

Gren Garrett,                                **JUDGMENT IN A CIVIL CASE**

    Plaintiff                                CASE NUMBER:  2:16cv320

v.

Norfolk General Hospital, et al.

    Defendant


XX        **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).


<u>*DATE:*  August 1, 2016</u>                    <u>FERNANDO GALINDO, *Clerk*</u>

                                                                            <u>/s/</u>
                                                         (By) Lori M. Baxter, Deputy Clerk